IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TOM F. FIELDS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-136 |
| | ) | |
| LIEUTENANT ASHLEY, etc., | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Plaintiff, formerly detained at Charles B. Webster Detention Center in Augusta, Georgia, commenced the above-captioned case pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding *pro* se and *in forma pauperis* ("IFP"). (Doc. no. 8.) Plaintiff made one partial payment of $13.90 toward the filing fee. On July 29, 2024, Plaintiff filed a notice of a change of address indicating he has been released from Charles B. Webster Detention Center. (Doc. no. 32.) As Plaintiff has been released from jail, he can no longer proceed IFP pursuant to his former status as an incarcerated litigant. Therefore, the Court **REVOKES** Plaintiff's leave to proceed IFP.

As Plaintiff's IFP status has been revoked, Plaintiff must submit the $405.00 filing fee (less the $13.90 already paid) or a new motion to proceed IFP if he wishes to pursue the above-captioned case. See Loc. R. 4.1. The Court **DIRECTS** the **CLERK** to attach a copy of the standard IFP form and supporting affidavit used by non-incarcerated *pro se* litigants filing a civil rights case in the Southern District of Georgia, stamped with this case number, to

Plaintiff's service copy of this Order.  Plaintiff shall have twenty-one days from the date of this Order to submit the filing fee or any appropriate IFP forms.  Upon receipt of the new IFP motion, the Court will determine whether Plaintiff should be granted leave to proceed IFP or whether Plaintiff should pay the $405.00 filing fee (less the $13.90 already paid).  If no response is timely received from Plaintiff, the Court will presume that he desires to have this case voluntarily dismissed and will recommend dismissal of this action, without prejudice.  Plaintiff is cautioned that, while this action is pending, he shall immediately inform this Court of any further change of address.

In an abundance of caution, the Court further **DIRECTS** the **CLERK** to include a copy of the Court's July 17, 2024 Order, (doc. no. 31), with Plaintiff's service copy of this Order.

<u>Failure to comply with the terms of this Order within twenty-one days of the undersigned date will result in a recommendation to the presiding District Judge that this case be dismissed without prejudice.</u>

SO ORDERED this 29th day of July, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA