AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TOM F. FIELDS, III,

        Plaintiff,                  JUDGMENT IN A CIVIL CASE

        V.                          CASE NUMBER:  CV 123-136

LIEUTENANT ASHLEY,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered May 23, 2025, as modified therein, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion, granting Defendant's Motion to Dismiss, denying as moot Plaintiff's Motion to Appoint Counsel and Motion for Extension of Time, and dismissing this case without prejudice. This case stands closed.



| 5/23/2025 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |

GAS Rev 10/2020